[No. 74766-5-I. Division One. May 1, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMARA MARIE LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-01057-6, Charles R. Snyder, J., entered November 10, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 75014-3-I. Division One. May 1, 2017.]

DAVIS WRIGHT TREMAINE LLP, *Respondent*, v. FREDERICK PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-01986-6, Carol A. Schapira, J., entered October 30, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 75161-1-I. Division One. May 1, 2017.]

DIANA PAINTER, *Appellant*, v. PATRICIA L. SULLIVAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-04092-8, Veronica Alicea Galván, J., entered April 8, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Mann, J.

[No. 75637-1-I. Division One. May 1, 2017.]

JAY MERRILL, *Appellant*, v. PEMCO MUTUAL INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-13764-5, Ronald E. Culpepper, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Schindler and Spearman, JJ.